# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| *SOUTHBOUND, INC.* | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO.:** 5:21-cv-78 |
| | § | |
| *FIREMAN'S INSURANCE COMPANY OF* | § | |
| *WASHINGTON, D.C. and JIM AMATO* | § | |
| | § | |
| **Defendant.** | § | |

---

### INDEX OF DOCUMENTS

---

Defendant Firemen's Insurance Company of Washington, D.C. ("Defendant") files this
Index of Documents Filed in State Court, as of the date Defendant filed its Notice of Removal,
and as of the date of this Index being filed.

| NO. | DOCUMENT FILED | FILING PARTY | DATE FILED |
|---|---|---|---|
| 1. | Docket Information | 57th Judicial District | 12/29/2020 |
| 2. | Plaintiff's Original Petition and Requests for Disclosure | Plaintiff | 12/29/2020 |
| 3. | Citation | Plaintiff | 12/30/2020 |
| 4. | Citation | Plaintiff | 12/30/2020 |

Respectfully submitted,

/s/Jennifer G. Martin
Jennifer G. Martin (TSBN 00794233)
jennifer.martin@wilsonelser.com
Timothy P. Delabar (TSBN 24116273)
timothy.delabar@wilsonelser.com
**WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER, LLP**
901 Main Street, Suite 4800
Dallas, Texas  75202
214-698-8000 – telephone
214-698-1101 – fax

**COUNSEL FOR DEFENDANT,
FIREMEN'S INSURANCE COMPANY OF
WASHINGTON, D.C.**

## CERTIFICATE OF SERVICE

I hereby certify that on the **1st.** day of **February**, **2021**, the foregoing document was electronically filed with the Court and was forwarded to all counsel of record in accordance with the Federal Rules of Civl Procedure.  Notice of this filing will be sent by operation of the Court's case management and electronic case filing system.

Robert W. Loree
rob@lhlawfirm.com
Stephen Fields
stepen@lhlawfirm.com
Loree & Lipscomb
777 E. Sonterra Blvd., Suite 320
San Antonio, Texas 78258

/s/Jennifer G. Martin
**JENNIFER G. MARTIN**